1  Russell Gomm, SBN 231056
2  GOMM LAW
   510 N Darwood Ave
3  San Dimas, CA 91773
4  213.254.5759
   russell@gomm.law
5
6  Attorneys for Plaintiff
   LARON TAYLOR
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARON TAYLOR, an individual, | Case No. 5:23–cv–02497–KK–SP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | (Local Rule 40-2) |
| HERTZ LOCAL EDITION CORP., a corporation, and DOES 1 through 25, | Complaint filed:  October 31, 2023<br>Trial date:  April 28, 2025 |
| Defendants. | |

TO THE HONORABLE COURT AND ALL PARTIES:

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within 60 days.

Dated: September 16, 2024        GOMM LAW

                                 By: */s/ Russell Gomm*
                                     Russell Gomm
                                     Attorneys for Plaintiff
                                     LARON TAYLOR

NOTICE OF SETTLEMENT
Page 1